

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| THEODIS AND MARIA BRUCE, VIRGINIA AND SERGIO CORDOVA, VICTOR CORRAL, JOSE DOMINGUEZ MAGDALENA JUAREZ, BERNARDA LOPEZ, ELISA NEGRETE, MARIA REYES, LUIS VELAZQUEZ, JOSE VALDEZ, ANTONIO AND MARIA SALGADO, AND IRIS JORDAN/OSCAR RENDA CONTRACTING, | § § § § § § § | No. 08-20-00135-CV<br><br>Appeal from the<br><br>171st District Court<br><br>of El Paso County, Texas<br><br>(TC# 2016DCV3160) |
| Appellants, | § |  |
| v. | § |  |
| OSCAR RENDA CONTRACTING/THEODIS AND MARIA BRUCE, VIRGINIA AND SERGIO CORDOVA, VICTOR CORRAL, JOSE DOMINGUEZ MAGDALENA JUAREZ, BERNARDA LOPEZ, ELISA NEGRETE, MARIA REYES, LUIS VELAZQUEZ, JOSE VALDEZ, ANTONIO AND MARIA SALGADO, AND IRIS JORDAN, | § § § § § | |
| Appellees. | § | |

## **O R D E R**

The Court GRANTS Anita Garza's request for an extension of time within which to file the Reporter's Record until November 9, 2020.  NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Anita Garza, Official Court Reporter for the 171st District Court for El Paso County, Texas, prepare the Reporter's Record and forward the same to this Court on or before November 9, 2020.

IT IS SO ORDERED this 30th day of October, 2020.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.